UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN STAYROOK, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00249-KRG |
| ) | : |
| INSTANT BRANDS, INC., ) | |
| ) | |
|     Defendant. ) | |
| ) | |
| ) | |
| ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming on to be heard upon resolution of the parties, with the Court having being fully advised in the premises, it is **HEREBY ORDERED**:

- The above-captioned case is dismissed in its entirety against all Defendants and with prejudice.

- Each party shall bear its own costs, expenses and fees.

- That Court shall retain jurisdiction to enforce resolution and adjudicate liens.

- All future court dates are hereby stricken and vacated.

**SO ORDERED.**

Dated: September 8, 2022

_____
Honorable Judge Presiding

*/s/ James M. Leety*
Todd A. Gray/James M. Leety
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One PPG Place | 28th Floor
Pittsburgh, PA 15222
T (412) 250-7303/ F (412) 567-5494
James.Leety@lewisbrisbois.com
*Attorneys for Defendant Instant Brands*

*/s/ Adam J. Kress*
Adam J. Kress
**JOHNSON BECKER PLLC**
444 Cedar Street, Suite 1800
St Paul, MN 55101
T (612) 436-1800/ F (612) 436-1801
akress@johnsonbecker.com
*Attorneys for Plaintiff Susan Stayrook*